## (February 28, 1984)

■ CCM HOLDING CORPORATION et al., Appellants, v SASSON JEANS, INC., Respondent, et al., Defendants. — Appeal from order, Supreme Court, New York County (Martin Klein, J.), entered on June 6, 1983, unanimously dismissed, on consent, without costs and without disbursements. No opinion. Concur — Asch, J. P., Silverman, Bloom, Lynch and Alexander, JJ.

■ BERTHA V. TORRES, as Administratrix of the Estate of MARCOS TORRES, Also Known as HUMBERTO RAMIREZ, Deceased, Respondent, v CITY OF NEW YORK, Appellant. — Order, Supreme Court, Bronx County (Mercorella, J.), entered on January 11, 1983, unanimously affirmed, without costs and without disbursements. (See *Giblin v Nassau County Med. Center*, 61 NY2d 67.) No opinion. Concur — Sandler, J. P., Ross, Carro, Fein and Kassal, JJ.

■ DAVID NACHMAN, Appellant, v WENDY NACHMAN, Respondent. — Appeal from order, Supreme Court, New York County (Hortense Gabel, J.), entered on September 21, 1983, unanimously dismissed, as moot, without costs and without disbursements. Concur — Carro, J. P., Bloom, Fein, Milonas and Alexander, JJ.

■ SEABOARD SURETY COMPANY, Appellant, v GILLETTE COMPANY et al., Respondents. — Order and judgment (one paper), Supreme Court, New York County (David Edwards, Jr., J.), entered on September 20, 1983, unanimously affirmed. Respondents shall recover of appellant $75 costs and disbursements of this appeal. No opinion. Concur — Carro, J. P., Fein, Lynch and Milonas, JJ.

Silverman, J., concurs on the authority of this court's decision of March 5, 1981 on the appeal of defendant Thompson (*Seaboard Sur. Co. v Gillette Co.*, 80 AD2d 1004).

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN DAVIS, Appellant. — Judgment, Supreme Court, Bronx County (Daniel McMahon, J.), rendered on March 16, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sullivan, J. P., Ross, Bloom, Fein and Milonas, JJ.